UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DONELL ROBINSON, | Case No. 1:20-cv-980-HBK (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED MARCH 5, 2021 |
| v. | |
| C. CRYER, L. MERRITT, | (Doc. No. 14) |
| Defendants. | ORDER DIRECTING CLERK TO UPDATE PLAINTIFF'S MAILING ADDRESS |
| | (Doc. No. 16) |

Pending before the Court are Plaintiff's Objections to the Findings and Recommendations, filed on April 15, 2021. (Doc. No. 15). Plaintiff also filed a letter advising the court that he currently is at a reception center awaiting transfer to a facility and requests a notice of change of address form. (Doc. No. 16).

Based upon a review of Plaintiff's Objections, the undersigned vacates its March 5, 2021 Findings and Recommendations recommending dismissal of the action due to plaintiff's failure to timely update his address. Additionally, the Clerk of Court shall ensure plaintiff's address on the docket is updated based on his April 16, 2021 letter. When plaintiff is transferred from reception to a new facility, he may notify the clerk of his change of address by filing a document titled

1

"notice of change of address" with the case caption and case number and the address of his new facility, or use the attached notice of address change form. While updating the address is required, using the form is not required.

Accordingly, it is **ORDERED**:

1. The undersigned's Findings and Recommendations (Doc. No. 14) are **vacated**.

2. The Clerk of Court shall ensure plaintiff's address is updated to reflect the current address in plaintiff's April 16, 2021 filing (Doc. No. 16).

3. The Clerk of Court shall provide a courtesy Notice of Change of Address form to Plaintiff with this Order.

4. A screening order will issue in due course.

IT IS SO ORDERED.

Dated:    April 20, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2