1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY DONNELL ROBINSON,              Case No. 1:20-cv-00980-JLT-HBK (PC)

12                   Plaintiff,              ORDER GRANTING DEFENDANTS' MOTION
                                             FOR EXTENSION OF TIME
13            v.
                                             (Doc. No. 63)
14    C. CRYER, et al.,
                                             OCTOBER 19, 2023 DISCOVERY DEADLINE
15                   Defendants.

16

17

18

19           Pending before the Court is Defendants C. Cryer and L. Merritt's Motion for Extension of

20    Time. (Doc. No. 63). Defendants seeks a 30-day extension to the deadline to complete discovery.

21    (*Id*. at 1). Defendants request an extension until October 19, 2023 to review belated discovery

22    responses from Plaintiff. (*Id*.). Plaintiff does not object to the extension of time. (*Id*. ¶ 11).

23           The Court may grant an extension of time "with or without motion or notice if the court

24    acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P.

25    6(b)(1)(A). The Court finds good cause to grant the requested extension of time. The deadline to

26    complete discovery in this case is therefore extended to October 19, 2023.

27           Accordingly, it is hereby **ORDERED**:

28           1.      Defendants' motion for extension of time (Doc. No. 63) is GRANTED.

1

1    2.    The deadline to complete discovery is extended to October 19, 2023.

2

3

Dated:    September 13, 2023

4                                                    HELENA M. BARCH-KUCHTA
                                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28