UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DONELL ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>C.CRYER, and L. MERRITT,<br><br>Defendants. | Case No. 1:20-cv-00980-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>DEADLINE FOR DISPOSITIVE MOTION EXTENDED TO APRIL 24, 2024<br><br>(Doc. No. 66)) |

Pending before the Court is Defendants' second Motion to Modify the Discovery and Scheduling Order filed January 11, 2024. (Doc. No. 66). Defendants seek a further ninety (90) day extension of time to file a dispositive motion, which Plaintiff does not oppose. *(Id.* at 1). The Court finds the motion and supporting declaration satisfies good cause. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4).

Accordingly, it is **ORDERED**:

Defendants' Motion (Doc. No. 66) is GRANTED and the deadline to file a dispositive motion is extended to April 24, 2024.

Dated:  January 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE