UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DONELL ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>C.CRYER, and L. MERRITT,<br><br>   Defendants. | Case No.  1:20-cv-00980-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>DEADLINE FOR DISPOSITIVE MOTION EXTENDED TO JUNE 24, 2024<br><br>(Doc. No. 69) |

Pending before the Court is Defendants' third Motion to Modify the Discovery and Scheduling Order filed April 3, 2024.  (Doc. No. 69).  Defendants seek a further sixty (60) day extension of time to file a dispositive motion, which Plaintiff does not oppose.  *(Id.* at 1).  The Court finds the motion and supporting declaration satisfies good cause.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4).

Accordingly, it is **ORDERED**:

Defendants' Motion (Doc. No. 69) is GRANTED and the deadline to file a dispositive motion is extended to June 24, 2024.

Dated:   April 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE