UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DONNELL ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. CRYER, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-00980-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE<br><br>(Doc. No. 71) |

　　　　Pending before the Court is Defendants' Motion to Extend the Dispositive Motions Deadline, filed May 29, 2024. (Doc. No. 71). Defendants' request a further 45-day extension to the pre-trial dispositive motions deadline because they have encountered delays in obtaining the services of an outside medical expert to provide testimony on the medical issues in the case. (*Id*. at 2). Defendants state that Plaintiff does not oppose the proposed extension. (*Id*. at 1). The Court finds good cause to grant the proposed extension to the pre-trial dispositive motion deadline in the Case Management and Scheduling Order. Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is **ORDERED:**

　　　　1. Defendants' unopposed Motion to Extend the Dispositive Motions Deadline (Doc. No. 71) is **GRANTED** to the extent set forth herein.

2. The deadline to file pre-trial dispositive motions is extended from June 24, 2024 to August 8, 2024.

3. The procedures set forth in the October 17, 2022 Case Management and Scheduling Order (Doc. No. 52) otherwise shall govern this action.

Dated:   June 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE